## City of Chicago, Appellee, v. Lester Simon Imp. Milton H. Callner, Appellants.

### Gen. No. 41,972.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942; rehearing denied May 13, 1942. Levisohn & Levisohn, for appellants; Barnet Hodes, Corporation Counsel, for appellee; James A. Velde and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''